Irving W. Hersey, appellee, v. Chicago Technical College, appellant. Gen. No. 38,155.

Opinion filed February 11, 1936. Rehearing denied February 24, 1936.

Harry M. Ehrlich, for appellant. Musgrave, Oppenheim, Price & Ewins, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.